# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NITA DUNCAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-15-1200-D |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of the | ) |
| Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

## **ORDER ADOPTING REPORT AND RECOMMENDATION**

Plaintiff brought this action for judicial review of the Commissioner of the Social Security Administration's final decision denying her application for supplemental security income. The matter was referred to United States Magistrate Judge Charles Goodwin for initial proceedings under 28 U.S.C. § 636(b) and Rule 72(b) of the Federal Rules of Civil Procedure. The parties briefed their respective positions, and on February 17, 2017, Judge Goodwin issued a Report and Recommendation [Doc. No. 22] in which he recommended that the Commissioner's decision be affirmed.

In his report, Judge Goodwin advised the parties of their right to object and directed any objections to be filed no later than March 3, 2017. Judge Goodwin also advised the parties that any failure to object would result in waiver of the right to appellate review of the factual and legal issues addressed in the report. To date,

neither party has filed an objection or sought an extension of time to do so. Accordingly, the Report and Recommendation is **ADOPTED** in its entirety as though fully set forth herein. A judgment shall be issued forthwith.

**IT IS SO ORDERED** this 10th day of March, 2017.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE